LSK&D #: 862-1326 / 4825-2893-4188
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
ROBERT E. DODD,

                       Plaintiff,

-against-

UNITED PARCEL SERVICE, INC., UPS GROUND FREIGHT, INC. and ANTHONY R. PERRY,

                       Defendants.
---------------------------------------------------------------x

Index No.: 1:15-cv-1216 (MAD/CFH)

**FEDERAL NDNY STIPULATION AND ORDER OF DISMISSAL**

The parties stipulate that this action, is dismissed with prejudice and without costs or attorneys' fees, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Dated:    New York, New York
            December 16, 2015

SOBO & SOBO, LLP

_____
Brandon Cotter, Esq
Attorneys for Plaintiff
One Dolson Avenue
Middletown, NY 10940
(845) 343-0466

LESTER SCHWAB KATZ & DWYER, LLP

_____
Steven P. Orlowski
Attorneys for Defendants
UNITED PARCEL SERVICE, INC., UPS GROUND FREIGHT and ANTHONY R. PERRY
100 Wall Street
New York, New York 10005
(212) 964-6611

So Ordered:

_____    12/22/2015
Hon. Mae A. D'Agostino, U.S.D.J.    Date